**FILED**

**OCT 2 0 2010**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARY E. SHIELDS, )<br>)<br>Defendant. ) | CRIMINAL NO. 10-30179-MJR<br><br>Title 18, United States Code,<br>Sections 2252(a)(4)(B), and 2252 (b)(2) |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

#### POSSESSION OF MATTER CONTAINING DEPICTION OF MINOR ENGAGING IN SEXUALLY EXPLICIT CONDUCT

On or about April 9, 2010, in Madison County, Illinois, within the Southern District of Illinois,

**GARY E. SHIELDS,**

defendant herein, having been previously convicted of possession of child pornography in violation of 720 ILCS, Section 11-20.1(a)(6), on or about October 29, 2007, in Madison County Case No. 07-CF-2322, did knowingly possess a matter – namely, a thumb drive – which contained a visual depiction that had been shipped and transported using any means or facility of interstate and foreign commerce, and that was produced using materials which had been mailed, and had been shipped and transported in interstate and foreign commerce, by any means, including by computer; the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct, and said

visual depiction was of a minor engaging in  such sexually explicit conduct; all in violation of Title

18, United States Code, Section 2252(a)(4)(B).

**A TRUE BILL**

FOREPERSON

STEPHEN B. CLARK
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:  Detention