PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Gary E. Shields                                              Docket No. 0754 3:10CR30179-001

Register Number: 08906-025

Name of Sentencing Judicial Officer:  Honorable Michael J. Reagan, U.S. District Judge

Name of Assigned Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  April 29, 2011

Original Offense:    Ct. 1: Possession of Child Pornography

Original Sentence:   Ct. 1: 120 months' Bureau of Prisons; followed by a life term of Supervised Release

Type of Supervision:  Supervised Release             Date Supervision Commenced:  January 17, 2019

Custody Status:   Mr. Shields is not in custody and remains on supervision.

Assistant U.S. Attorney:  Deirdre A. Durborow           Defense Attorney:  Melissa A. Day

---

## PETITIONING THE COURT

[ X ]    To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Special | The defendant shall reside in a Residential Reentry Center for up to 180 days and shall abide by all the rules and regulations of the facility. Subsistence payments are waived. The Court directs the probation officer to consult with the Bureau of Prisons to coordinate the Residential Reentry Center placement and monitor the defendant's compliance with the rules and regulations of the facility.<br><br>On December 31, 2019, Mr. Shields failed to abide by the rules of the Residential Reentry Center in that he left for employment when he wasn't scheduled to work. |
| Special | The defendant shall be monitored by a form of location monitoring indicated below for a period of 365 days and shall abide by all technology requirements. The participant shall pay all or a portion of the costs of participation in the location monitoring program based on the defendant's ability to pay.<br><br>You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental |

Offender Name:  Gary E. Shields
Docket Number:  0754 3:10CR30179-001

|  |  |
|---|---|
|  | health treatment; attorney visits; court-ordered obligations; or other pre-approved activities. (Home Detention) |
|  | The Court directs the probation officer to determine the type of location monitoring technology utilized, approve any necessary schedule changes, monitor the defendant's compliance with the program requirements, determine a copayment amount, and assist in the collection of copayments. |
|  | On December 24, 2019, Mr. Shields failed to comply with the program requirements in that he went to the Dollar Tree without prior approval. |
|  | On December 31, 2019, Mr. Shields failed to comply with the program requirements in that he left his residence for work when he wasn't scheduled to work. |
| Special | The defendant shall participate in an approved sexual offender treatment program, as directed by the probation officer. If deemed necessary, the defendant shall submit to an approved, sexual-predator evaluation, as directed by the probation officer. The defendant shall abide by all rules, requirements, and conditions of the treatment program including submission to polygraph and/or plethysmograph examination to determine compliance with the conditions of release. The defendant shall remain in the program until successfully completed, or until such time as the defendant is released from the program by the Court and/or probation officer. The defendant shall pay for the costs associated with counseling and/or evaluation based on a copay sliding fee scale as directed and approved by the United States Probation Office. The copay shall never exceed the total costs of counseling. |
|  | On January 6, 2020, Mr. Shields was unsuccessfully discharged from sex offender treatment for violating treatment rules. |
| Special | The defendant shall refrain from accessing any "material" that relates to the activity in which the defendant was engaged in during the commission of the instant offense, namely any depictions of child pornography via any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and Electronic Mail. The defendant shall permit the probation officer to have access to any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and Electronic Mail. |
|  | On September 9, 2019, Mr. Shields admitted to accessing material that depicts images of child pornography, on or about September 4, 2019, and prior. |

**U.S. Probation Officer Recommendation:**

**Offender Name:  Gary E. Shields**
**Docket Number:  0754 3:10CR30179-001**

      The term of supervision should be:
      ☒  revoked
      ☐  extended for * years, for a total term of * years.
      ☐  The conditions of supervision should be modified as follows:
      ☐  Other

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Nathan D. Franklin
U.S. Probation Officer

Date:  January 8, 2020

This document has been reviewed and approved.

by _____
Jay Wheeler
Supervisory U.S. Probation Officer

Date:  January 8, 2020

NDF/mkc

THE COURT ORDERS:
☐  Submit a Request for Modifying the Condition or Term of Supervision
☒  The Issuance of a Warrant
☐  The Issuance of a Summons
☐  Other

_____
2020.01.08 10:27:41 -06'00'
Honorable Staci M. Yandle
U.S. District Judge

January 8, 2020
Date