PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Gary E. Shields                                    Docket No. 0754 3:10CR30179-001

                                                                                                Register Number: 08906-025

Name of Sentencing Judicial Officer:  Honorable Michael J. Reagan, U.S District Judge

Name of Assigned Judicial Officer:  Honorable Staci M. Yandle, U.S District Judge

Date of Original Sentence:  April 29, 2011

Original Offense:    Ct. 1: Possession of Child Pornography

Original Sentence:   Ct. 1: 120 months' Bureau of Prisons; followed by a life term of Supervised Release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  January 17, 2019

Date of Revocation:  February 24, 2020

Basis for Prior Revocation:   Failure to abide by the rules of the Residential Reentry Center, failure to comply with location monitoring program requirements, unsuccessful discharge from sex offender treatment for violating rules, admitted to accessing material that depicts images of child pornography.

Revocation Sentence:   Ct. 1: 18 months' Bureau of Prisons; followed by Life supervision

Date Supervision Commenced After Revocation:  April 16, 2021

Custody Status:   Mr. Shields is currently in custody at the Williamson County Jail.

Assistant U.S. Attorney:  George A. Norwood             Defense Attorney:  Melissa A. Day

---

## PETITIONING THE COURT

[ X ]    To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not commit another federal, state or local crime. |
| | On May 12, 2022, Mr. Shields committed the offenses of Possession of Child Pornography and Violation of Sex Offender Registration. |
| Special | The defendant shall cooperate with the U.S. Probation/Pretrial Services Office Computer and Internet Monitoring Program. Cooperation shall include, but is not limited to, identifying computer systems, internet capable devices, networks (routers/modems), and/or similar electronic devices (external hard drives, flash drives, etc.) to which the Defendant has access. All devices are subject to random inspection/search, |

**Offender Name:** Gary E. Shields
**Docket Number:** 0754 3:10CR30179-001

configuration, and the installation of monitoring software and/or hardware. The defendant's financial obligation shall never exceed the total cost of services rendered. The defendant shall pay all or a portion of the costs of participation in the Computer and Internet Monitoring Program based on the defendant's ability to pay.

On May 12, 2022, Mr. Shields was found in possession of an unmonitored internet capable device.

Special    The defendant shall not possess or use electronic devices capable of taking photographs or videos unless approved by the Court.

On May 12, 2022, Mr. Shields was found in possession of an electronic device capable of taking photographs and videos, being an ONN tablet, which was not approved by the Court.

Special    The defendant shall not use or possess any internet capable devices unless approved by the Court.

On May 12, 2022, Mr. Shields was found to be in possession of an internet capable device, being an ONN tablet, which was not approved by the Court.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒   revoked
☐   extended for * years, for a total term of * years.
☐   The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the forgoing is true and correct.

by    *Samantha Reeves*
    Samantha J. Reeves
    U.S. Probation Officer

Date: May 13, 2022

**Offender Name:  Gary E. Shields**
**Docket Number:  0754 3:10CR30179-001**

This document has been reviewed and approved.

by _____
Reginald C. Box, Jr.
Supervisory U.S. Probation Officer

Date:  May 13, 2022

---

THE COURT ORDERS:

☐   Submit a Request for Modifying the Condition or Term of Supervision
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

_____
Honorable Staci M. Yandle
U.S. District Judge

  May 13, 2022
Date