# UNITED STATES DISTRICT COURT
for the
Southern District Of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>GARY E. SHIELDS<br>*Defendant(s)* | Case Number.: 0754 3:10CR30179-001 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay *(name of person arrested)* Gary E. Shields ,
who is accused of an offense or violation based on the following document filed with the court.

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
New criminal charges

Date: 05/13/2022

*Issuing officer's signature*

City and state: Benton, IL

Moncia A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5-13-22 and the person was arrested on *(date)* 10-31-22
at *(city and state)* Benton, IL .

Date: 10-31-22

*Arresting officer's signature*

for Jim Robertson, DUSM
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL (4/2017)